Submitted March 30, affirmed April 20, 2022

In the Matter of C. S. S. B.,
a Youth.

STATE OF OREGON,
*Respondent,*

*v.*

C. S. S. B,
*Appellant.*

Lane County Circuit Court
09623J;
Petition Number 09623J02;
A174761

508 P3d 1001

Karrie K. McIntyre, Judge.

Erica Hayne Friedman and Youth, Rights & Justice filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and E. Nani Apo, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

PER CURIAM

Affirmed. *State v. A. R. H.*, 314 Or App 672, 499 P3d 851 (2021).